**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALI AL NASHAWATI,

     Petitioner,

    v.

THOMAS GILES, ETC., ET AL.,

     Respondents.

No. CV 26-7865-(E)

ORDER FOR ENTRY OF JUDGMENT

On July 17, 2026, Petitioner filed a "Petition for Writ of Habeas Corpus" ("the Petition"). The Petition contends, inter alia, that the imposition by Immigration and Customs Enforcement ("ICE") of ankle monitoring and intensive supervision on June 5, 2026, violated Petitioner's federal rights.  The Petition seeks, inter alia, the termination of ankle monitoring and intensive supervision and the restoration of the conditions of supervision obtaining prior to June 5, 2026.

On July 24, 2026, Respondent filed an Answer.  The Answer states:  "Respondent is not presenting an opposition argument at this time."  Given the urgency of the matter, the Court is ruling without awaiting a Reply from Petitioner.

///

///

Based on the factual allegations in the Petition, the Court finds that the June 5, 2026 imposition of ankle monitoring and intensive supervision violated Petitioner's due process rights. Therefore, it is ordered that judgment be entered granting the Petition in part and: (1) requiring Respondents to remove Petitioner's ankle monitor immediately and to terminate the intensive supervision conditions imposed on June 5, 2026; and (2) requiring Respondents to restore the conditions of supervision obtaining prior to June 5, 2026.[1]

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 27, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has not justified any different or additional form of habeas relief.

2