JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI AL NASHAWATI,<br>Petitioner,<br>v.<br>THOMAS GILES, ETC., ET AL.,<br>Respondents. | No. CV 26-7865-E<br><br>JUDGMENT |

Pursuant to the “Order for Entry of Judgment,” it is adjudged that the Petition is granted in part and: (1) Respondents are required to remove Petitioner’s ankle monitor immediately and to terminate the intensive supervision conditions imposed on June 5, 2026; and (2) Respondents are required to restore the conditions of supervision obtaining prior to June 5, 2026.

DATED: July 27, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE